UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO: 3:25-cv-30157

| | |
|---|---|
| JASON VAZQUEZ<br>　　Plaintiff<br><br>v.<br><br>CITY OF WEST SPRINGFIELD,<br>WEST SPRINGFIELD POLICE<br>DEPARTMENT,<br>OFFICER ERIC JOHNSON, individually<br>and in his official capacity as a police officer<br>of the Springfield Police Department, and<br>JOHN AND JANE DOES 1-10,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF REMOVAL**

NOW COMES the Defendants, City of West Springfield, West Springfield Police Department, and Officer Eric Johnson ("Petitioners"), by their attorneys, and pursuant to 28 U.S.C. § 1441, *et seq.*, and state as follows:

1. The Petitioners exercise their rights under the provisions of 28 U.S.C. § 1441, *et seq.,* to remove this action from the Superior Court of the Department of the Trial Court, Commonwealth of Massachusetts, Hampden County, in which this case is now pending under the name and style: *Jason Vazquez v. City of West Springfield, et al.,* Docket No. 2579CV00564.

2. This is an action in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States as provided in 28 U.S.C. § 1331.

3. Specifically, the plaintiff alleges violation of his constitutional rights, in a claim(s) brought pursuant to 42 U.S.C § 1983.

4. This action was filed on or about August 11, 2025, and service was attempted on Petitioners on August 21, 2025. In accordance with the requirements of 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days after the receipt of the complaint by the aforementioned Petitioners.

5. Pursuant to 28 U.S.C. § 1446, the Petitioners are filing contemporaneously with this Notice of Removal copies of the following that they have received in connection with this action (attached hereto as Exhibit A - D, respectively):

    (a) Complaint;

    (b) Summons;

    (c) Civil Action Cover Sheet; and

    (d) Tracking Order;

6. Based on the foregoing, the Petitioners respectfully request that this action be removed from the Superior Court, Department of the Trial Court of Massachusetts, Commonwealth of Massachusetts, Hampden County, to the United States District Court for the District of Massachusetts, Western Division, the District and Division where the action is pending.

7. Written notice of the filing of this Notice will be given to the adverse party.

8. A copy of this petition will be filed with the clerk of the Superior Court Department, Hampden County.

WHEREFORE, the Petitioners respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and that this action be placed on the

docket of this Court for further proceedings, as though this action had originally been instituted in this Court.

        RESPECTFULLY SUBMITTED

        THE DEFENDANTS,
        CITY OF WEST SPRINGFIELD,
        WEST SPRINGFIELD POLICE
        DEPARTMENT, AND
        OFFICER ERIC JOHNSON

Dated: September 8, 2025        By: */s/ David S. Lawless*
        David S. Lawless, Esq., BBO #664754
        Robinson Donovan, P.C.
        1500 Main Street, Suite 2300
        Springfield, Massachusetts 01115
        Phone (413) 732-2301
        Direct Fax (413) 452-0342
        dlawless@robinsondonovan.com

        By   */s/ Julia Sudol, Esq.*
        Julia Sudol, Esq., BBO #715770
        Robinson Donovan, P.C.
        1500 Main Street, Suite 2300
        Springfield, Massachusetts 01115
        Phone (413) 732-2301 Fax (413) 452-0370
        jsudol@robinsondonovan.com

**CERTIFICATE OF SERVICE**

I, David S. Lawless, Esq., hereby certify that on this 8th day of September 2025, I served a copy of the above upon the parties in this action by **E-MAIL**, to:

Jason Vazquez (pro se)
403 Carew St
Springfield, MA 01104
Vazquezjason527@gmail.com

*Subscribed under the penalties of perjury.*

*/s/ David S. Lawless*
David S. Lawless, Esq.